In the Matter of Eileen Janet BARRY, Respondent.
(379 S. E. (2d) 123)

Supeme Court

April 19, 1989.

ORDER

Respondent is an attorney licensed to practice law in South Carolina. She seeks to be transferred to disability inactive status under Paragraph 19 of the Rule on Disciplinary Procedure.

IT IS ORDERED that Respondent, Eileen Janet Barry, is transferred to disability inactive status until petition of Respondent for reinstatement and until further Order of this Court.